UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

1048858 ALBERTA LTD,
a foreign corporation,

      Plaintiffs,

v.                                            Case No.  8:08-cv-376-T-24 MAP

GALATI YACHT SALES, LLC,
a Florida corporation,

      Defendants.
_____/

**O R D E R**

      This cause comes before the Court on its own.  On February 25, 2008, Plaintiff filed a complaint alleging that this Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. § 1332(a)(2).  28 U.S.C. § 1332(a)(2) states that "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States and in which citizens or subjects of a foreign state are additional parties."  The Court notes that Plaintiff's complaint fails to allege the proper amount in controversy.  Accordingly, it is

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**.

      **DONE AND ORDERED** at Tampa, Florida, this 4th day of March, 2008.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record